# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Virginia Torres,

Plaintiff(s),

v.

LVNV Funding, LLC, et al,

Defendant(s),

Case No. 16cv6665
Judge Virginia M. Kendall

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Judgment is hereby entered in favor of plaintiff, Virginia Torres and against Defendant, LVNV Funding, LLC. Torres is entitled to actual and statutory damages against LVNV pursuant to 15 U.S.C. § 1692k. Judgment is hereby entered in favor of defendant LVNV Funding, LLC, and against defendant Nations Recovery Center, Inc.

---

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Virginia M. Kendall on a motions for summary judgment.

Date: 3/27/2018                                Thomas G. Bruton, Clerk of Court

                                               /s/ A. Owens , Deputy Clerk